UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-60572-CIV-HUCK/O'SULLIVAN

EVA FAULKNER,

    Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT,

    Defendant.

_____/

## ORDER OF DISMISSAL

Based on the Plaintiffs' Notice of Settlement [D.E. #6], filed May 5, 2011, which indicated that the parties in the above-captioned action reached a complete settlement, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. The case is CLOSED and all motions are DENIED AS MOOT. The Court retains jurisdiction for 60 days from this date to enforce the terms of the parties' settlement agreement.

DONE and ORDERED in Chambers at Miami, Florida, June 7, 2011.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record